No. 71–741.  MESSENGER *v.* INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, ET AL.  C. A. 1st Cir. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–5562.  HALL *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–5565.  HUTCHINGS *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–5599.  WHEELER *v.* WARDEN, LEAVENWORTH PENITENTIARY.  C. A. 10th Cir.  Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–5633.  OBA *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–5638.  MURRAY *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–5683.  NORDLOF *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–5697.  POWELL *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.